No. 12–7570. ARENAS-LOPEZ v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 12–311. REAL TRUTH ABOUT ABORTION, INC., FKA REAL TRUTH ABOUT OBAMA, INC. v. FEDERAL ELECTION COMMISSION ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.

No. 12–445. ESSO STANDARD OIL CO. v. TRILLA PINERO ET AL. Sup. Ct. P. R. Motion of Puerto Rico Manufacturers Association for leave to file brief as *amicus curiae* granted. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this motion and this petition.

No. 12–465. WALKER v. FEDERAL EXPRESS CORP. ET AL. C. A. 6th Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 12–554. HARR v. BRODHEAD ET AL. C. A. 4th Cir. Certiorari denied. JUSTICE BREYER took no part in the consideration or decision of this petition.

No. 12–636. PNC BANK, N. A. v. BAPTISTA. Dist. Ct. App. Fla., 5th Dist. Motion of Fifth Third Bank for leave to file brief as *amicus curiae* granted. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this motion and this petition.

No. 12–5436. HALL v. CAIN, WARDEN. C. A. 5th Cir. Motion of Ethics Bureau at Yale for leave to file brief as *amicus curiae* granted. Certiorari denied.

No. 12–6076. HUGHES v. CHEVRON PHILLIPS CHEMICAL CO. LP ET AL. C. A. 5th Cir. Certiorari denied. JUSTICE ALITO took no part in the consideration or decision of this petition.

No. 12–6615. TRINIDAD Y GARCIA v. THOMAS, WARDEN. C. A. 9th Cir. Certiorari denied. JUSTICE KAGAN took no part in the consideration or decision of this petition.